**Order entered June 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01571-CV

### JOANN SEMPLE AND CAROL MATTHEWS, Appellants

### V.

### FRED VINCENT, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11180**

## ORDER

We **GRANT** appellants' motion to extend time to file their brief. The brief received by

the Court is **ORDERED** timely filed as of the date of this order.

/s/    CRAIG STODDART
       JUSTICE